Nicholas R. Webb, PMHNP, DNP, ESQ. (SBN 332586)
**BalestraWebb Law**
1426 Plaza De Oro
Benicia, CA 94510
Phone: 844-MED-LAWS
Email: Nick@BalestraWebb.com

Attorney for Plaintiff
LAILA FARHAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAILA FARHAT<br>Plaintiff,<br><br>v.<br><br>CUTERA, INC.,<br>Defendant. | Case No.: 3:26-cv-05674-TSH<br><br>**STIPULATION REGARDING PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND** |

Plaintiff Laila Farhat, doing business as Jana HealthCare ("Plaintiff"), and Defendant Cutera, Inc. ("Cutera"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed the Complaint in this action on June 11, 2026.
2. Cutera was served with the summons and Complaint.
3. Before Cutera's original deadline to answer or otherwise respond to the Complaint, the parties agreed to a one-time 30-day extension of that deadline, through August 21, 2026.
4. On August 14, 2026, Cutera's counsel sent Plaintiff's counsel a meet-and-confer letter

identifying issues that Cutera intended to raise in a motion under Federal Rule of Civil Procedure 12(b)(6).

5. Plaintiff subsequently advised Cutera that Plaintiff intended to file a First Amended Complaint. To allow Plaintiff sufficient time to prepare the amended pleading and to avoid motion practice directed at the original Complaint, the parties agreed that Plaintiff may file its First Amended Complaint on or before September 14, 2026.

6. Cutera hereby provides its written consent, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Plaintiff's filing of a First Amended Complaint on or before September 14, 2026, without further leave of Court.

7. If Plaintiff files a First Amended Complaint on or before September 14, 2026, Cutera shall not be required to answer or otherwise respond to the original Complaint.

8. Cutera shall answer or otherwise respond to the First Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3).

9. If Plaintiff does not file a First Amended Complaint on or before September 14, 2026, Cutera shall answer or otherwise respond to the original Complaint by September 28, 2026, and the parties' previous meet and confer correspondence will suffice for purposes of the Court's requirements.

10. This stipulation does not alter any event or deadline fixed by Court order, including the currently scheduled case-management deadlines and initial case management conference.

11. Nothing in this stipulation constitutes a waiver of any claim, defense, objection, or argument available to either party. Cutera reserves the right to move against or otherwise respond to the First Amended Complaint as permitted by the Federal Rules of Civil Procedure and applicable law.

12. This stipulation memorializes: (a) Cutera's written consent under Federal Rule of Civil

Procedure 15(a)(2) to Plaintiff's filing of a First Amended Complaint on or before September 14, 2026; and (b) the parties' agreement under Civil Local Rule 6-1(a) extending Cutera's time to answer or otherwise respond to the original Complaint. Because this stipulation does not alter any event or deadline fixed by Court order, the parties do not request a Court order.

**IT IS SO STIPULATED.**

DATED: August 18, 2026 **BALESTRA WEBB LAW**

By: *<u>/s/ Nicholas R. Webb, Esq.</u>*
**NICHOLAS R. WEBB, RN, DNP, ESQ.**
ATTORNEY FOR PLAINTIFF

Dated: August 18, 2026

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

By: *<u>/s/Melinda M. Morton, Esq.</u>*
MINDY M. MORTON, ESQ.
Attorneys for Defendant
CUTERA, INC.

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that counsel for Defendant Cutera, Inc. concurred in the filing of this document.

DATED: August 18, 2026 **BALESTRA WEBB LAW**

By: *<u>/s/ Nicholas R. Webb, Esq.</u>*
**NICHOLAS R. WEBB, RN, DNP, ESQ.**
ATTORNEY FOR PLAINTIFF