Nicholas R. Webb, PMHNP, DNP, ESQ. (SBN 332586)
**BalestraWebb Law**
1426 Plaza De Oro
Benicia, CA 94510
Phone: 844-MED-LAWS
Email: Nick@BalestraWebb.com

Attorney for Plaintiff
LAILA FARHAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAILA FARHAT<br>Plaintiff,<br><br>v.<br><br>CUTERA, INC.,<br>Defendant. | Case No.: 3:26-cv-05674<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING ON DEFENDANT CUTERA, INC.'S MOTION TO DISMISS (DKT. 17)**<br><br>**Current Hearing:**<br>November 5, 2026 at 10:00 a.m.<br>**Proposed Hearing:**<br>December 10, 2026 at 10:00 a.m.<br>Courtroom E – 15th Floor<br>Hon. Thomas S. Hixson |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7, and 7-12, Plaintiff Laila Farhat, an individual doing business as Jana HealthCare ("Plaintiff"), and Defendant Cutera, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and jointly request that the Court continue the hearing on Defendant's Motion to Dismiss (Dkt. 17) from November 5, 2026 at 10:00 a.m. to December 10, 2026 at 10:00 a.m., or to such other date and time as the Court deems appropriate.

1. On September 29, 2026, Defendant filed its Motion to Dismiss the First and Second Causes of Action of Plaintiff's First Amended Complaint. (Dkt. 17.) The motion is currently set

for hearing on November 5, 2026 at 10:00 a.m. in San Francisco, Courtroom E, 15th Floor. Plaintiff's response is due October 13, 2026, and Defendant's reply is due October 20, 2026.

2. Plaintiff's counsel, Nicholas R. Webb, is scheduled to be out of state on November 5, 2026 to attend the previously scheduled TAANA 2026 Annual Conference and will therefore be unavailable to appear in person for the hearing on that date.

3. Counsel met and conferred regarding a continuance. Defendant agreed to continue the hearing, and counsel for both parties have confirmed that December 10, 2026 at 10:00 a.m. is acceptable to them, subject to the Court's availability.

4. The requested date is a Thursday at 10:00 a.m., consistent with Judge Hixson's regular civil law-and-motion calendar.

5. The parties do not request any change to the briefing schedule for the motion. Consistent with Civil Local Rule 7-7(d), Plaintiff's opposition remains due October 13, 2026, and Defendant's reply remains due October 20, 2026, unless the Court orders otherwise.

6. Previous modifications of time in this action include: (a) the parties' August 18, 2026 stipulation regarding Plaintiff's filing of the First Amended Complaint and Defendant's deadline to respond (Dkt. 14); (b) the Court's August 21, 2026 order resetting the case management statement deadline to October 22, 2026 and the initial case management conference to October 29, 2026 (Dkt. 15); and (c) the Court's September 30, 2026 order vacating the case management conference and related deadlines because of the pending motion to dismiss (Dkt. 20).

7. The requested continuance would affect only the hearing date on Defendant's Motion to Dismiss. The case management conference and related deadlines have already been vacated, no trial date has been set, and the parties are not requesting modification of any

other current deadline or hearing.

8. This is the parties' first request to continue the hearing on Defendant's Motion to Dismiss.

Accordingly, the parties respectfully request that the Court continue the November 5, 2026 hearing on Defendant's Motion to Dismiss to December 10, 2026 at 10:00 a.m., or to such other date and time as the Court deems appropriate.

DATED: October 1, 2026 **BALESTRA WEBB LAW**

**NICHOLAS R. WEBB, RN, DNP, ESQ.**
ATTORNEY FOR PLAINTIFF

Dated: October 1, 2026

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

By: /s/Lyndsey C. Heaton
Lyndsey C. Heaton, Esq.
Attorneys for Defendant
CUTERA, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Nicholas R. Webb, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I will maintain records supporting this concurrence as required by Civil Local Rule 5-1(i)(3).

DATED: October 1, 2026 **BALESTRA WEBB LAW**

**NICHOLAS R. WEBB, RN, DNP, ESQ.**
ATTORNEY FOR PLAINTIFF

**DECLARATION OF NICHOLAS R. WEBB IN SUPPORT OF STIPULATED REQUEST TO CONTINUE HEARING**

I, Nicholas R. Webb, declare as follows:

1. I am counsel of record for Plaintiff Laila Farhat d/b/a Jana HealthCare in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I am scheduled to be out of state on November 5, 2026 to attend the previously scheduled TAANA 2026 Annual Conference. I therefore will be unavailable to appear in person for the hearing on Defendant's Motion to Dismiss currently set for that date.

3. On September 30, 2026, I requested through counsel that Defendant stipulate to continue the hearing. Defendant's counsel agreed, and the parties subsequently confirmed December 10, 2026 at 10:00 a.m. as an acceptable proposed hearing date, subject to the Court's availability.

4. Previous time modifications in this case are disclosed in paragraph 6 of the parties' stipulation above, including Docket Nos. 14, 15, and 20.

5. The requested modification would affect only the hearing date on Defendant's Motion to Dismiss. The parties do not request any change to the opposition or reply deadlines. The case management conference and related deadlines were vacated by the Court on September 30, 2026, and no trial date has been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 1, 2026

**BALESTRA WEBB LAW**

**NICHOLAS R. WEBB, RN, DNP, ESQ.**
ATTORNEY FOR PLAINTIFF

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Defendant Cutera, Inc.'s Motion to Dismiss (Dkt. 17), currently set for November 5, 2026 at 10:00 a.m., is CONTINUED to December 10, 2026 at 10:00 a.m. in San Francisco, Courtroom E, 15th Floor. Plaintiff's opposition remains due October 13, 2026, and Defendant's reply remains due October 20, 2026.

Dated: October 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge